UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRICE A. PEELER, | No. 2:13-cv-2429 TLN CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BEN MACHADO, | |
| Defendants. | |

Plaintiff has filed a motion for leave to file an amended complaint. Defendants do not oppose the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint (ECF No. 24) is granted;

2. Plaintiff's July 21, 2014 first amended complaint is now the operative complaint in this action;

3. Plaintiff's original complaint is dismissed;

/////

/////

/////

/////

/////

/////

4. Defendants Barnhart, Machado, Ross and West shall file their responsive pleading within 14 days with respect to plaintiff's Fourth Amendment excessive force claims; and

5. All previously imposed deadlines remain in effect.

Dated:  August 19, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
peel2429.ac