UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICE A. PEELER, | No. 2:13-cv-2429 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MACHADO, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  On September 16, 2014, plaintiff filed a motion asking that the court compel defendants to respond to his request for production of documents.  The parties agree that the request for production was served outside the time limit established by the court for serving discovery requests.  Because plaintiff fails to establish good cause for his failure to serve his request for production in a timely manner,[1] plaintiff's motion to compel will be denied.

---

[1] In his reply brief concerning his motion to compel, plaintiff asserts his request for production of documents was served late because he did not receive the court's scheduling and discovery order until "late July."  Essentially, plaintiff implies he was not aware he could engage in discovery or aware of the discovery related deadlines until "late July."  The court finds this statement disingenuous as evidence attached to plaintiff's motion to compel indicates plaintiff served a request for admissions upon defendants on June 27, 2014.  Also, plaintiff seems to suggest the tardiness of the service of his request for production has something to do with the fact defendants were late in responding to plaintiff's request for admissions.  However, defendants were not late; their response was served within 45 days of service of the request for admissions which conforms

1

On September 15, 2014, plaintiff filed a motion asking that the court extend the deadline for conducting discovery. Because plaintiff has not shown good cause for extension of the discovery period, or why plaintiff could not complete discovery during the time allotted, plaintiff's request will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to conduct discovery (ECF No. 29) is denied; and

2. Plaintiff's motion to compel (ECF NO. 30) is denied.

Dated: October 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
peel2429.mtc

with the deadline established in the court's scheduling and discovery order.

2