UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICE A. PEELER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MACHADO, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-2429 TLN CKD P<br><br><br>ORDER |

　　　Plaintiff has filed a motion for summary judgment approximately three months after the deadline for doing so.  Because plaintiff does not seek leave to file his motion, or otherwise explain his delay, the motion (ECF No. 42) is stricken.

Dated:  March 12, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
peel2429.lmsj