UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICE A. PEELER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MACHADO, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-2429 TLN CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　By order filed June 12, 2015, this court directed plaintiff to file a pretrial statement within 21 days. Plaintiff has neither filed his pretrial statement nor a request for an extension of time to do so. Good cause appearing, the court will recommend that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

　　　In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The

1

parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 14, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
peel2429.fpt

2