UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRICE A PEELER,

        Plaintiff,

  v.

MACHADO, et al.,

        Defendants.

No. 2:13-cv-2429 JAM CKD P

ORDER

    On July 14, 2015, the court recommended that this action be dismissed for plaintiff's failure to file a pretrial statement. On July 27, 2015, plaintiff filed objections to those findings and recommendations in which plaintiff asserts he does not understand what information he must provide in a pretrial statement. Good cause appearing, IT IS HEREBY ORDERED that:

    1. The court's July 14, 2015 findings and recommendations (ECF No. 59) are vacated;

    2. Plaintiff is granted 30 days within which to file his pretrial statement;

    3. In his pretrial statement, plaintiff shall include the following information:

        A. A list of all proposed witnesses for trial;

        B. A list of all proposed exhibits for trial;

        C. Whether plaintiff believes a settlement conference is appropriate; and

        D. The relief plaintiff seeks.

////

      4. Plaintiff's failure to file a pretrial statement including the above information within 30 days will result in a recommendation that this action be dismissed.

      5. Defendants shall file their pretrial statement within 14 days of service of plaintiff's.

Dated: August 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
peel2429.pts(1)