UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICE A. PEELER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MACHADO, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-2429 TLN CKD P<br><br><br>ORDER |

　　　On July 8, 2015, plaintiff filed two motions in limine. Plaintiff's motions are premature as a trial date has not yet been established. Accordingly, IT IS HEREBY ORDERED that plaintiff's "motions in limine" (ECF No. 58) are denied without prejudice to renewal after a pretrial order setting dates has issued.

Dated: November 20, 2015

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

1
peel2429.mil